FILED
CLERK, U.S. DISTRICT COURT

APR 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-0766M |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| FERNANDO CASTILLO-CORNEJO, | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) unverified background; (3) the instant allegations indicate that he is not amenable to supervision; and (4) defendant submitted to detention.

and/or

1  B.     ( ) The defendant has not met his/her burden of establishing by clear and convincing
2         evidence that he/she is not likely to pose a danger to the safety of any other person or the
3         community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based
4         on:_____
5         _____

6         IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7  further revocation proceedings.

8
9  Dated:    April 17       , 2009.
10
                                              _____
11                                             Fernando M. Olguin
                                              United States Magistrate Judge